*E-FILED: August 19, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALVADOR REYNAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEASIDE POLICE DEPARTMENT; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE; VICKI MEYERS; LOUIS LUMPKIN; and RYAN MCGIRK,<br><br>    Defendants.<br>_____/ | No. C13-01674 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On August 2, 2013, two defendants moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than August 9, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: August 19, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-01674-HRL Notice has been electronically mailed to:

2  Jesse Soto Ortiz , III     jesse@jesseortizlaw.com

3  Joseph C. Howard , Jr     jhoward@hrmrlaw.com, drinnert@hrmrlaw.com,
   fkelly@hrmrlaw.com, gullrich@hrmrlaw.com, jdonelson@hrmrlaw.com,
4  mholmes@hrmrlaw.com, tmaster@hrmrlaw.com

5  William Merrill Litt     littwm@co.monterey.ca.us, moores@co.monterey.ca.us,
   zinmank@co.monterey.ca.us

**United States District Court**
For the Northern District of California

2